**HARTMAN AND EGELI**
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
116 DEFENSE HIGHWAY
SUITE 300
**ANNAPOLIS, MARYLAND**
21401-7047

C. EDWARD HARTMAN III
FACSIMILE (410) 266-5561
ed@hartmanegeli.com

ANNAPOLIS (410) 266-3232
BALTIMORE (410) 841-6000
WASHINGTON (301) 261-8800

May 12, 2011

The Honorable Frederick J. Motz
United States District Court for the
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

    Re:    SensorCom, Inc. v. Scitor Corp.
           Case No.: 1:09-cv-03143-JFM
           Our File No.: 8418.07

Dear Judge Motz:

As you may recall, at the conclusion of our trial on April 14th, you ruled from the bench, recognizing the urgency of the plaintiff's financial situation as a result of the non-payment for over three years. You requested memoranda on two issues: attorney's fees and pre-judgment interest.

We filed our memorandum; Scitor filed their response; we filed a reply. It is now May 12th, nearly a month since the ruling. As you know, SensorCom is in Chapter 11. To have any chance of surviving as an ongoing employer and contributor to the economy, SensorCom must get paid.

On behalf of my client, I respectfully request prompt consideration of the memoranda and a final ruling on the merits. I hope you do not consider this letter to be brash or rude, but my client's situation is precarious. Thank you for your consideration.

                                      Respectfully Submitted,

                                      HARTMAN AND EGELI, LLP

                By:    /s/ C. Edward Hartman, III
                        C. Edward Hartman, III (Bar No. 07716)
                        116 Defense Highway, Suite 300
                        Annapolis, Maryland 21401
                        Telephones:    (410) 266-3232 (Annapolis)
                                          (410) 841-6000 (Baltimore)
                                          (301) 261-8800 (Washington)
                        ed@hartmanegeli.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true test copy of the foregoing to be served on the following counsel of record through the court's ECF system this 12th day of May, 2011:

Thomas M. Brownell, Esquire
HOLLAND & KNIGHT LLP
1600 Tysons Blvd., Suite 700
McLean, VA 22102
Thomas.brownell@hklaw.com

/s/ C. Edward Hartman, III